No. 10–6454. SNIPES v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 10–6455. SOTO v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 10–6457. STEVENS v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–6458. KAPETAN v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 10–6459. KIMBROUGH v. COLSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–6463. SMITH v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–6467. MAJORS v. TEXAS. Ct. App. Tex., 7th Dist. Certiorari denied.

No. 10–6472. JONES v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 10–6474. JACKSON v. PEOPLE OF OCTOBER 19–20, 1994. C. A. 2d Cir. Certiorari denied.

No. 10–6478. TAYLOR v. NEW JERSEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–6480. WASHINGTON v. WILSON. C. A. 5th Cir. Certiorari denied.

No. 10–6483. GARVINS v. BURNETT ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–6484. LEBBOS v. SCHUETTE. C. A. 9th Cir. Certiorari denied.

No. 10–6486. CARSON v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 10–6492. GRANGER v. SLADE ET AL. C. A. 5th Cir. Certiorari denied.